☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RYAN MCCARTHY
Assistant U.S. Attorney
Arizona State Bar No. 029804
Email: Ryan.McCarthy@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00428-PHX-KML (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 554(a) and 2 (Attempted Smuggling of Goods from the United States, Aid and Abet) (Count 1) |
| 1. Manuel De Jesus Lopez-Felix, and (Counts 1, 4-6) | | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) (Possession with Intent to Distribute Fentanyl) (Count 2) |
| 2. Vianca Azucena Herrera, (Counts 1-3) | | 21 U.S.C. §§ 952(a), 960(a)(1) and 960(b)(1)(F) (Importation of Fentanyl) (Count 3) |
| Defendants. | | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) (Count 4) |
| | | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) (Count 5) |
| | | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of Ammunition) (Count 6) |

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. § 853 and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 30, 2021 through on or about May 1, 2021, in the District of Arizona, Defendants MANUEL DE JESUS LOPEZ-FELIX and VIANCA AZUCENA HERRERA, knowingly attempted to export and send merchandise, that is, (1) Envy MK 46 5.56 belt fed machine gun, (2) Benelli Ethos 20-gauge shotgun, (3) Glock 19 9x19 pistol, (4) Smith and Wesson SW9VE pistol, (5) Walther P22 22LR pistol, (6) 4 7.62 magazines,(7) 1 Glock 19 magazine, (8) 1 Smith and Wesson 9 mm magazine, (9) 1 Walther P22 magazine, (10) 1 Trijicon 3x30 Scope, (11) 1 Aim Sports 4x Scope, (12) 1 Osprey Global 9x40 Scope, (13) 1 Savit MK46 5 Position Buttstock, and (14) 11 grams of fentanyl pills, from the United States, contrary to Title 50, United States Code, Section 4819, Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774, and Title 21 Code of Federal Regulations, Part 1312.21, a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT 2

On August 22, 2021, in the District of Arizona, defendant VIANCA AZUCENA HERRERA did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

- 2 -

## COUNT 3

On August 22, 2021, in the District of Arizona, defendant VIANCA AZUCENA HERRERA did knowingly and intentionally import 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, from Mexico into the United States.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

## COUNT 4

On or about November 4, 2021, in the District of Arizona, Defendant MANUEL DE JESUS LOPEZ-FELIX, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, in and affecting interstate commerce, to wit: a Colt 1911 .38 Super Pistol, Serial Number GV19768, and two boxes of .38 super ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5

On or about November 4, 2021, in the District of Arizona, Defendant MANUEL DE JESUS LOPEZ-FELIX, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, in and affecting interstate commerce, to wit: a Rohm RG10s .22 Revolver Serial Number 116557.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6

On or about November 4, 2021, in the District of Arizona, Defendant MANUEL DE JESUS LOPEZ-FELIX, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed 115 rounds of .38 Super ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

- 3 -

# FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Colt 1911 .38 Super Pistol, Serial Number GV19768
- Rohm RG10s .22 Revolver, Serial Number 116557
- .38 super rounds of ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//

//

//

- 4 -

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
RYAN MCCARTHY
Assistant U.S. Attorney